No. 1836. PEOPLE, APPELLEE, *v.* MIRANDA, APPELLANT. — District Court of Arecibo. Embezzlement. Decided December 23, 1921. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1828. PEOPLE, APPELLEE, *v.* FIGUEROA, APPELLANT.— Second District Court of San Juan. Aggravated assault and battery. Decided December 23, 1921. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 2612. GARCÍA, APPELLANT, *v.* RIOLLANO, APPELLEE.— Second District Court of San Juan. Motion by appellee for dismissal. Decided January 12, 1922. The transcript not having been filed in time, the motion is sustained. *Dismissed.*

No. 2630. ESPINET, APPELLANT, *v.* LOMO, APPELLEE. — District Court of Ponce. Recovery of improvements. Decided January 12, 1922. Motion by appellee for dismissal. *Dismissed.*

No. 2590. ORTA, APPELLEE, *v.* SERRANO, APPELLANT.—District Court of Ponce. Action of debt. Motion by appellee for dismissal. Decided January 12, 1922. The brief required by Rule 42 of the Supreme Court was not filed. *Dismissed.*

No. 1835. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT. — Second District Court of San Juan. Aggravated assault and battery. Decided January 12, 1922. The complaint and the evidence were held to be sufficient to support the judgment. *Affirmed.*